# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Kathy A. Rito
Gainsburgh,Benjamin,David
1100 Poydras Street
New Orleans LA 70163-2800

Robert Jefferson David
Gainsburgh, Benjamin, David
1100 Poydras St., #2800
New Orleans LA 70163

Walter C. Morrison
Gainsburgh, Benjamin, et al.
1100 Poydras St., 28th Floor
New Orleans LA 70163-2800

Clint L. Pierson
Pierson Law Firm
5100 Village Walk, Suite 101
Covington LA 70433

## REHEARING ACTION: August 1, 2018

**Docket Number: 17   01096-CA**

**BRENNA ASH MILLER,ET AL
VERSUS
ACADIAN AMBULANCE SERVICE, INC., ET AL**

Judgment on rehearing rendered and mailed to all parties or counsel of record on **August 1, 2018**.

**Appealed from Lafayette Parish Case No. C-20126808**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett
Hon. Billy Howard Ezell
Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brenna Ash Miller** has this day been

**DENIED.**

cc: Benjamin J. Biller, Counsel for the Appellee
Lucie Elizabeth Thornton, Counsel for the Appellee
Charles J. Foret, Counsel for the Appellee